Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

Crim. No. 03-CR-80-01-JD

Corey Bridgett

On April 27, 2004, the above named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Corey Bridgett be discharged from Supervised Release.

Respectfully submitted,

Daniel F. Gildea
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 11th day of June, 2008.

Honorable Joseph A. DiClerico, Jr.
U.S. District Judge